AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

TOP QUALITY GLASS & MIRROR CO INC
a/k/a Top Quality Glass & Mirror, Inc.
a/k/a Top Quality Glass & Mirror Co., Inc
a/k/a Top Quality Glass & Mirror Co. Inc
STEPHEN C. WATTS
RANDY BRINEGAR
GARY CRIST

CASE NUMBER: 1:05CV0974

JUDGE: JAMES ROBERTSON

DECK TYPE: LABOR/ERISA (NON-EMPLYMNT)

DATE STAMP: 05/16/05

TO: (Name and address of Defendant)

TOP QUALITY GLASS & MIRROR CO INC
a/k/a Top Quality Glass & Mirror, Inc.
a/k/a Top Quality Glass & Mirror Co., Inc
a/k/a Top Quality Glass & Mirror Co. Inc
2260 East 38th Street
Indianapolis, IN  46240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAY 16 2005

CLERK                              DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED    Civil No.: 1:05CV0974 (JR)
TRADES INDUSTRY PENSION FUND

vs

TOP QUALITY GLASS & MIRROR CO INC.
A/k/a Top Quality Glass & Mirror, Inc. A/k/a Top Quality Glass & Mirror CO., Inc.
A/k/a Top Quality Glass & Mirror Co. Inc, et al.

**SERVICE OF PROCESS ON: TOP QUALITY GLASS & MIRROR CO INC.,A/k/a Top Quality Glass & Mirror, Inc. A/k/a Top Quality Glass & Mirror CO., Inc.,A/k/a Top Quality Glass & Mirror Co. Inc**

I, __Pamela Conley__, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: __5/27/05 @ 8:25 am__

Place of Service: __2260 E. 38th St., Indianapolis, IN 46218__
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
_x_ By delivering to an officer or person-in-charge or managing agent whose name and title is:
     __Stephen Watts, Owner__
___ Other_____

Description of Person Receiving Documents: Male/Female   Skin Color __Black__
                                            Hair Color __Black__ Age __35__ Hgt __6'__ Wgt __200__

Undersigned declares under penalty of perjury that the foregoing is true and correct

__[signature]__    __5/27/05__
Signature of Server    Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106   215-922-6700