AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

TOP QUALITY GLASS & MIRROR CO INC
a/k/a Top Quality Glass & Mirror, Inc.
a/k/a Top Quality Glass & Mirror Co., Inc
a/k/a Top Quality Glass & Mirror Co. Inc
STEPHEN C. WATTS
RANDY BRINEGAR
GARY CRIST

CASE NUMBER: 1:05CV0974

JUDGE: JAMES ROBERTSON

DECK TYPE: LABOR/ERISA (NON-EMPLYMNT)

DATE STAMP: 05/16/05

TO: (Name and address of Defendant)

RANDY BRINEGAR
2260 East 38th Street
Indianapolis, IN  46240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 16 2005
CLERK                                          DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED            Civil No.: 1:05CV0974 (JR)
TRADES INDUSTRY PENSION FUND

vs

TOP QUALITY GLASS & MIRROR CO INC.
A/k/a Top Quality Glass & Mirror, Inc. A/k/a Top Quality Glass & Mirror CO., Inc.
A/k/a Top Quality Glass & Mirror Co. Inc, et al.

**SERVICE OF PROCESS ON: Randy Brinegar**

I, _Pamela Conley_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: 5/27/05 @ 8:25 am

Place of Service: 2260 E. 38th St. Indianapolis, IN 46218
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

_X_ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
___ By delivering to an officer or person-in-charge or managing agent whose name and title is:
___ Other_____

Description of Person Receiving Documents: Male/Female   Skin Color _Cauc._
Hair Color _Brown_   Age _40_   Hgt _6'2"_   Wgt _210_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_Pamela Conley_                    _5/27/05_
Signature of Server                 Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106   215-922-6700