AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND |
|---|

**SUMMONS IN A CIVIL CASE**

V.

| TOP QUALITY GLASS & MIRROR CO INC<br>a/k/a Top Quality Glass & Mirror, Inc.<br>a/k/a Top Quality Glass & Mirror Co., Inc<br>a/k/a Top Quality Glass & Mirror Co. Inc<br>STEPHEN C. WATTS<br>RANDY BRINEGAR<br>GARY CRIST |
|---|

CASE NUMBER: 1:05CV0974

JUDGE: JAMES ROBERTSON

DECK TYPE: LABOR/ERISA (NON-EMPLYMNT)

DATE STAMP: 05/16/05

TO: (Name and address of Defendant)

| GARY CRIST<br>2260 East 38th Street<br>Indianapolis, IN  46240 |
|---|

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| SANFORD G. ROSENTHAL, ESQUIRE<br>JENNINGS SIGMOND, PC<br>THE PENN MUTUAL TOWERS, 16TH FLOOR<br>510 WALNUT STREET<br>PHILADELPHIA, PA  19106 |
|---|

an answer to the complaint which is served on you with this summons, within [twenty (20)] days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_Marianne Hennessey_

(By) DEPUTY CLERK

MAY 16 2005

DATE

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED          Civil No.: 1:05CV0974 (JR)
TRADES INDUSTRY PENSION FUND

vs

TOP QUALITY GLASS & MIRROR CO INC.
A/k/a Top Quality Glass & Mirror, Inc. A/k/a Top Quality Glass & Mirror CO., Inc.
A/k/a Top Quality Glass & Mirror Co. Inc, et al.

**SERVICE OF PROCESS ON: Gary Crist**

I,____Pamela Conley_____, undersigned, being duly sworn, deposes and says that he was at the
time of service, over the age of twenty-one, and not a party to this action:

Date of Service:__5/27/05 @ 8:25 am_____

Place of Service:2260 E. 38th St., Indianapolis, IN 46218_____
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the
following manner:

X__By personally delivering them into the hands of the person being served
___By leaving a copy at his/her usual place of abode with some person of suitable age and  discretion then
residing therein, to wit:_____
___By delivering to an officer or person-in-charge or managing agent whose name and title is:
_____
___Other_____

Description of Person Receiving Documents: Male/Female   Skin Color _Cauc_____
                                          Hair Color_Black___ Age_2_ Hgt_5'10_Wgt_180

 Undersigned declares under penalty of perjury that the foregoing is true and correct

_Pamela Kalz_____ _5/27/05__
Signature of Server                  Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106   215-922-6700