IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) | | |
| TRADES INDUSTRY PENSION FUND ) | | |
| ) | | |
| Plaintiff ) | CASE NO. 05-0974(JR) | |
| v. ) | | |
| ) | | |
| TOP QUALITY GLASS & MIRROR CO INC ) | | |
|   a/k/a Top Quality Glass & Mirror, Inc. ) | | |
|   a/k/a Top Quality Glass & Mirror Co., Inc ) | | |
|   a/k/a Top Quality Glass & Mirror Co. Inc, et al. ) | | |
| ) | | |
| Defendants ) | | |

**STATUS REPORT**

      Plaintiff International Painters and Allied Trades Industry Pension Fund ("Fund") filed a Complaint in this matter on May 18, 2005, in order to recover unpaid fringe contributions and related costs from Top Quality Glass & Mirror Co., Inc. ("Defendant") pursuant to the terms of a collective bargaining agreement, the Fund's trust agreement and rules and regulations, and the Employee Retirement Income Security Act of 1974 ("ERISA ). Defendant was served with the Complaint and Summons on May 27, 2005.

      Following service of the Complaint, Plaintiff's counsel was contacted by Indiana counsel for Defendant and settlement negotiations commenced. As of the current date a substantial portion of the delinquency has been paid and an agreement in principle has been negotiated for a resolution of the balance by September 30, 2005. Assuming all obligations under the proposed settlement are completed by September 30, 2005, this lawsuit will then be dismissed. If the settlement is not concluded by September 30, 2005, then Defendant will file an answer to the Complaint by October 11, 2005 or, if no Answer is filed, Plaintiffs will request the entry of default and file a motion for default judgment by October 18, 2005.

156901-1

Plaintiff, therefore, requests that the Court allow the parties additional time to conclude a settlement without incurring the fees and costs of continued litigation at this time.

                                               Respectfully submitted,

                                               JENNINGS SIGMOND, P.C.

                             BY: s/SANFORD G. ROSENTHAL  
                                 SANFORD G. ROSENTHAL, ESQUIRE  
                                 Bar No. 478737  
                                 The Penn Mutual Towers, 16th Floor  
                                 510 Walnut Street, Independence Square  
                                 Philadelphia, PA 19106-3683  
                                 (215) 351-0611

Date: August 10, 2005                 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Status Report was served on Defendant's counsel by mailing same first class mail, postage prepaid, on the date listed below to:

>James E. Sandifer, Esquire
>James E. Sandifer, P.C.
>7802 Providence Circle
>Indianapolis, IN  46250

>s/SANFORD G. ROSENTHAL
>SANFORD G. ROSENTHAL, ESQUIRE

DATE: August 10, 2005

156901-1