**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

INTERNATIONAL PAINTERS AND      :
ALLIED TRADES INDUSTRY PENSION  :
FUND,                           :
                                :
    Plaintiff,                  :
                                :
  v.                            : Civil Action No. 05-0974 (JR)
                                :
TOP QUALITY GLASS & MIRROR CO., :
INC., *et al.*,                 :
                                :
    Defendants.                 :

### ORDER

Upon a review of the docket, it appearing that the settlement contemplated by the parties has not been concluded and that no answer to the complaint has been filed, it is

**ORDERED** that, if plaintiff intends to request the entry of default and move for default judgment, it do so within thirty days of the date of this order.

                                            JAMES ROBERTSON
                                United States District Judge