**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, : : : : | |
| Plaintiff, : : | |
| v. : : | Civil Action No. 05-0974 (JR) |
| TOP QUALITY GLASS & MIRROR CO., INC., *et al.*, : : : | |
| Defendants. : | |

**ORDER**

      Having been advised on August 10, 2005 that the parties were negotiating toward settlement, and having directed on November 28, 2005 that, "if plaintiff intends to request the entry of default and move for default judgment, it do so within 30 days of the date of this order," and having received no such motion, it is **ORDERED** that this case be dismissed for want of prosecution.

                                        JAMES ROBERTSON
                             United States District Judge